854 A.2d 917

MOSES BAKSH, PETITIONER–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

July 26, 2004.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reinstate the notice of appeal and consider the appeal on the merits.

854 A.2d 918

CRAIG S. MARSHALL, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF ELLEN S. MARSHALL, DECEASED, PLAINTIFF–PETITIONER, v. VLADIMIR KLEBANOV, M.D., DEFENDANT–RESPONDENT.

July 26, 2004.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reinstate the notice of appeal and consider the appeal on the merits.